# UNITED STATES DISTRICT COURT

## Northern District of California

### San Francisco Division

| | |
|---|---|
| DARIN HEATHERLY, et al., | No. 3:14-cv-05483 LB |
| Plaintiffs, | **ORDER TO SHOW CAUSE** |
| v. | |
| WEST COLLEGE CENTER, LLC, et al., | |
| Defendants. | |

This is an ADA case that is subject to the case management deadlines set forth in this district's General Order 56. So far, there is no indication on the docket that the site inspection occurred by the March 31, 2015 deadline for doing so, and it does not appear that the parties have complied with the remaining deadlines in General Order 56. The last entry on the docket is the plaintiffs' proof of service of the defendants, and the defendants have not answered the complaint yet, either. Accordingly, the court orders the plaintiffs to show cause why this action should not dismissed without prejudice for their failure to prosecute it. The plaintiffs shall do so in writing no later than June 8, 2015.

**IT IS SO ORDERED.**

Dated: May 29, 2015

_____
LAUREL BEELER
United States Magistrate Judge

No. 3:14-cv-05483 LB
ORDER