# UNITED STATES DISTRICT COURT

## Northern District of California

### San Francisco Division

| | |
|---|---|
| DARIN HEATHERLY, et al., | No. 3:14-cv-05483 LB |
| Plaintiffs, | **ORDER DISCHARGING ORDER TO SHOW CAUSE** |
| v. | |
| WEST COLLEGE CENTER, LLC, et al., | |
| Defendants. | |

On May 29, 2015, the court ordered the plaintiffs to show cause why this action should not be dismissed without prejudice for their failure to prosecute it. The plaintiffs responded by notifying the court that they conducted site inspections on February 9, 2015 and March 13, 2015, that the plaintiffs submitted global settlement demand to defendants on Tuesday, June 9, 2015, and that if the parties are unable to fully resolve the matter by July 31, 2015, the defendants will file an answer and plaintiffs will file a Notice of Need for Mediation.

In light of these representations, the court discharges its order to show cause. In addition, the court sets a case management conference for 11:00 AM on September 3, 2015. The parties shall file a joint case management statement no later than August 27, 2015.

**IT IS SO ORDERED.**

Dated: June 16, 2015

_____
LAUREL BEELER
United States Magistrate Judge