United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAREN HEATHERLY, et al.,

    Plaintiffs,

v.

WEST COLLEGE CENTER, LLC, et al.,

    Defendants.

Case No. 14-cv-05483-RS

**STANDBY ORDER OF DISMISSAL**

The court has been informed that the above-entitled action has settled. Accordingly, the court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by November 2, 2015. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on November 5, 2015 at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse and show cause why the case should not be dismissed. Failure to comply with this order may result in dismissal of the case.

**IT IS SO ORDERED**.

Dated: July 29, 2015

_____
RICHARD SEEBORG
United States District Judge