| | |
|---|---|
| THOMAS E. FRANKOVICH (SBN #074414)<br>THOMAS E. FRANKOVICH<br>*A PROFESSIONAL LAW CORPORATION*<br>1832-A Capitol Street<br>Vallejo, CA 94950<br>Telephone:   (415) 444-5800<br>Facsimile:    (415) 674-9900<br>Email: tfrankovich@disabilitieslaw.com | Diane Aqui, SBN 217087<br>daqui@smithdollar.com<br>**SMITH DOLLAR PC**<br>Attorneys at Law<br>404 Mendocino Avenue, Second Floor<br>Santa Rosa, California 95401<br>Telephone:  (707) 522-1100<br>Facsimile:   (707) 522-1101 |
| Attorney for Plaintiffs | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIN HEATHERLY AND IRMA RAMIREZ,<br><br>  Plaintiffs,<br>v.<br><br>WEST COLLEGE CENTER, LLC; GAGMAR, INC., A CALIFORNIA CORPORATION DBA G & G SUPER MARKET; AND NUON PHARA, AN INDIVIDUAL DBA PAGE'S DINER,<br><br>  Defendants. | CASE NO.: 3:14-CV-05483-~~LB~~ RS<br><br>**STIPULATION OF DISMISSAL AND [~~PROPOSED~~] ORDER THEREON** |

    The Parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(2). Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees. The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See* <u>Kokonen v. Guardian Life Ins. Co.</u>, 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

    Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action become and hereby is dismissed with prejudice  pursuant to Federal Rules of Civil Procedure 41(a)(2).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: November 2, 2015              THOMAS E. FRANKOVICH
                                     ***A PROFESSIONAL LAW CORPORATION***


                                     By:      */s/ Thomas E. Frankovich*
                                     Attorney for Plaintiffs


Dated: November 2, 2015              DIANE AQUI
                                     **SMITH DOLLAR PC**


                                     By:   */s/ Diane Aqui*
                                     Attorney for Defendants

## ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(2). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary

Dated: 11/2        , 2015

                                     *[signature]*
                                     Honorable Richard Seeborg
                                     UNITED STATES DISTRICT JUDGE